UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLARENCE GARLOW, | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 17-4330 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION INC., et al., | * | JUDGE ASHE |
| | * | |
| | * | MAGISTRATE |
| DEFENDANTS. | * | JUDGE CURRAULT |
| | * | |
| Related to:   B3 PLEADING BUNDLE in MDL No. 2179 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT[1]

NOW INTO COURT, through undersigned counsel, come Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "Defendants") to respectfully request that the Court dismiss Plaintiff's claims in this toxic tort "B3" matter with prejudice under Federal Rule of Civil Procedure 56.  Defendants have filed a separate *Daubert* motion to exclude Dr. Cook's testimony, which, if granted, will eliminate Plaintiff's expert support on general causation.  The material facts are undisputed, and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that the Court grant their motion for summary judgment and dismiss Plaintiff's claims with prejudice.

---

[1] The movants here are defendants BP Exploration and Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc.

Respectfully submitted,

*/s/ Robert B. McNeal*
Robert B. McNeal T.A. (Bar #14211)
(rbmcneal@liskow.com)
R. Keith Jarrett (Bar #161984)
(rkjarrett@liskow.com)
Charles B. Wilmore (Bar #28812)
(cbwilmore@liskow.com)
Devin Reid (Bar #32645)
(dcreid@liskow.com)
Cherrell Simms Taplin (Bar #28227)
(cstaplin@liskow.com)
George G. Rochelle III (Bar #40030)
(ggrochelle@liskow.com)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Rebecca M. Guidry (Bar #38538)
(rguidry@liskow.com)
**LISKOW & LEWIS**
822 Harding Street
P.O. Box 52008
Lafayette, Louisiana 70503
Telephone: (337) 232-7424

-and-

A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

*/s/ Paul C. Thibodeaux*
Kerry J. Miller (LA 24562), T.A.
Paul C. Thibodeaux (LA 29446)
Daniel J. Dysart (LA 33812)
**FISHMAN HAYGOOD LLP**
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Fax: (504) 949-8202

*Counsel for Transocean Holdings LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc.*

*/s/ R. Alan York*
R. Alan York
Keely Dulaney Pippin
Travis R. Reed
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713) 469-3800
Fax: (713) 469-3899

*Counsel for Halliburton Energy Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Robert B. McNeal*